UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNETH G. CHARRON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-cv-00032-PLC |
| | ) | |
| MICHAEL WHITLOCK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff Kenneth Charron's second motion for appointment of counsel and his objections to the Court's July 24, 2018 order. (Docket No. 15). After reviewing the motion in its entirety, the Court will decline to alter or amend its prior order. (Docket No. 10). The Court has found nothing new in the motion to warrant reconsideration.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's second motion for appointment of counsel and objections to the Court's July 24, 2018 memorandum and order (Docket No. 15) is **DENIED**.

Dated this 9th day of August, 2018.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE